**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Josiah WILLIAMS, also known**
**as Little Man, Defendant–**
**Appellant.**

No. 15–2335.

United States Court of Appeals,
Eighth Circuit.

Submitted: Oct. 7, 2015.

Filed: Oct. 13, 2015.

---

1. The Honorable P.K. Holmes, III, Chief Judge, United States District Court for the Western District of Arkansas.

Daniel C. Tvedt, U.S. Attorney's Office, Cedar Rapids, IA, for Plaintiff-Appellee.

Stephen Arthur Swift, Klinger & Robinson, Cedar Rapids, IA, for Defendant-Appellant.

Josiah Williams, Memphis, TN, pro se.

Before WOLLMAN, BYE, and GRUENDER, Circuit Judges.

PER CURIAM.

Josiah Williams directly appeals the sentence that the district court[1] imposed upon revoking his supervised release, arguing that the 14-month sentence is substantively unreasonable. Upon careful review, *see United States v. Miller,* 557 F.3d 910, 915–16 (8th Cir.2009) (appellate review of revocation sentence), we conclude that the within-Guidelines-range revocation sentence is not unreasonable, *see United States v. Petreikis,* 551 F.3d 822, 824 (8th Cir.2009).

The judgment is affirmed.

<hr />

1. The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.